JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARTHA A. KARN,  Plaintiff,  v.  KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,  Defendant. | Case No. CV 22-02847-SK  **JUDGMENT** |
|---|---|

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: July 20, 2023

_____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE