LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARTHA ANN KARN,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | No. 2:22-cv-2847-SK<br><br>ORDER AWARDING<br>EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($5,500.00), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:   8/9/2023        _____

                                     HON. STEVE KIM
                                     UNITED STATES MAGISTRATE JUDGE